**Motion Granted; Appeal Reinstated, Dismissed, and Memorandum Opinion filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-10-00373-CV
———————

### HEATHER M. WHITE, Appellant

### V.

### BRENT S. WHITE, Appellee

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. CCL6034**

---

## MEMORANDUM OPINION

This is an appeal from a final decree of divorce signed January 27, 2010. On May 19, 2011, the appeal was abated at the parties' request so that a settlement agreement could be finalized. On May 16, 2012, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered reinstated and dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Christopher.